

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| LEVI B. RICHESON,<br><br>Petitioner,<br><br>vs.<br><br>MIKE MAHONEY, Warden,<br><br>Respondent. | No. CV 05-42-GF-SEH<br><br>**ORDER** |

On October 11, 2005, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. On November 2, 2005, Petitioner filed a *pro se* motion requesting additional time to submit objections. On November 3, 2005, this Court granted Petitoner's request for additional time giving Petitioner 20 more days to file objections.

Petitioner filed a document entitled "My Response to the U.S. Magistrate Judge Carolyn S. Ostby" on November 21, 2005. Petitioner's November 21, 2005, filing does not object to Judge Ostby's Findings and Recommendation and Petitioner has not otherwise filed objections.

---

[1]Docket No. 2.

No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

Judge Ostby found that Petitioner's Sixth Amendment and Fourteenth Amendment arguments failed. Judge Ostby recommended that the Petition be denied on the merits and that a certificate of appealability be denied. I see no clear error in Judge Ostby's Findings and Recommendation. I, therefore, adopt Judge Ostby's Findings and Recommendation in full.

ORDERED:

1. The Petition is DISMISSED with prejudice.

2. A certificate of appealability is DENIED.

3. The Clerk is directed to enter judgment accordingly.

DATED this 13th day of December, 2005.

SAM E. HADDON
United States District Judge